UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID KENNEDY,

Petitioner,	Case No. 2:09-CV-10218
v	HON. DENISE PAGE HOOD
MILLICENT WARREN,	UNITED STATES DISTRICT COURT

Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on January 27, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 27th, day of January, 2012.

DAVID J. WEAVER
CLERK OF THE COURT

APPROVED:

BY: s/LaShawn R. Saulsberry
DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 27, 2012, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager